```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Gabriel Fraser,                      :
                                     :   19 Civ. 3316 (LAP)
            Plaintiff(s),            :
                                     :        ORDER
      -against-                      :
                                     :
                                     :
Soma Water, Inc.                     :
            Defendant(s).            :
                                     :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Counsel shall confer and inform Judge Preska by letter no later than March 6, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: February 26, 2020
New York, New York